COPY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

September 2009 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | SA CR 10- SA CR 10-0188 |
| Plaintiff, ) | |
| ) | I N D I C T M E N T |
| v. ) | |
| ) | [18 U.S.C. § 1349: Conspiracy |
| BICH QUYEN NGUYEN and ) | to Commit Wire Fraud] |
| JOHNNY E. JOHNSON, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| ) | |
| ) | |

The Grand Jury charges:

[18 U.S.C. § 1349]

I.    INTRODUCTION

At all times relevant to this indictment:

1.    Defendant BICH QUYEN NGUYEN ("NGUYEN") and defendant JOHNNY E. JOHNSON ("JOHNSON") operated an entity known as Sun Group, which purported to be a large multifaceted entity. Defendant NGUYEN held herself out as the President of Sun Group

1  and defendant JOHNSON held himself out to be the Chief Operating
2  Officer of Sun Group.

3        2.    Sun Group purported to own and operate a bank based in
4  Sweden called Sun Investment Savings & Loan ("SISL").  SISL
5  maintained a website at www.suninvestsl.com.  According to this
6  website, SISL was "[o]ne of Sun Group's principal entities . . .
7  [and was] a fully registered financial institution, incorporated
8  in Sweden since 1999, which specialize[d] in providing unique
9  investment opportunities with stable high return programs and
10  International Project Development Financing."  Defendants NGUYEN
11  and JOHNSON held themselves out to be officers of SISL.

12        3.    SISL purported to have an administrative office in
13  Milpitas, California, which purported to operate as a Savings and
14  Loan in California.  On or about October 10, 2008, the California
15  Department of Financial Institutions issued an order warning SISL
16  to cease and desist from doing business as a bank in California
17  without a license from the California Commissioner of Financial
18  Institutions.

19        4.    Sun Commerce Financial Investment Financial Services
20  ("SCIFS") was SISL's sister corporation and maintained at least
21  one bank account at Wells Fargo bank in San Jose, California.
22  According to the www.suninvestsl.com website, SCIFS was "a fully
23  registered, licensing financial institution, incorporated in
24  Republic of Panama, [and] a subsidiary of Sun Group that
25  function[ed] as a management and processing entity operating in
26  support of Sun Investment Savings & Loan of Panama."  Money

27

28                                -2-

1  provided to SISL for investments was deposited into one or more

2  of the Wells Fargo bank accounts maintained by SCIFS, including a

3  Wells Fargo bank account maintained in the name of Sun Commerce

4  and Investment ("SCI").

5          5.    Private investment clubs ("PICs") were groups of

6  individuals that pooled their money together for investment.

7          6.    Infinity Investment Club ("Infinity") was a PIC that

8  operated out of Anaheim, California and had many members who were

9  located within the Central District of California.

10         7.    Sun Quest Investment Club ("Sun Quest") was a PIC that

11 operated out of San Diego, California.

12         8.    Empire Club was an umbrella investment group that

13 operated in Anaheim, California and maintained a bank account at

14 the Community Bank of Nevada in Las Vegas, Nevada.

15 II.   OBJECT OF THE CONSPIRACY

16         9.    Beginning on a date unknown to the Grand Jury but no

17 later than August 26, 2008 and continuing through at least in or

18 around December 2008, in Orange County, within the Central

19 District of California, and elsewhere, defendants NGUYEN and

20 JOHNSON ("the conspirators"), together with others known and

21 unknown to the Grand Jury, knowingly combined, conspired, and

22 agreed to commit the following offense against the United States:

23 wire fraud, in violation of Title 18, United States Code, Section

24 1343.

25

26

27

28                                -3-

III. MEANS BY WHICH THE OBJECT OF THE CONSPIRACY WAS TO BE
ACCOMPLISHED

10.   The object of the conspiracy was carried out, and to be carried out, in substance, as follows:

a.    The conspirators would raise money from investors by advising such investors that they would be investing in a Certificate of Deposit ("CD") issued by SISL.

b.    The conspirators told investors that the investors could earn substantial returns by investing in a CD issued by SISL because the conspirators utilized their own trading platforms.   The investors were told that the investments and returns were guaranteed and the investments were secure and safe as they would be "blocked."

c.    In truth and in fact, as the conspirators well knew, these investments were not secured and "blocked."   Rather, the promised returns were not being earned in any legitimate manner but rather were paid to investors from money provided by later investors, and in some cases, from the investors' own money.

IV. OVERT ACTS

11.   In furtherance of the conspiracy, and to accomplish its object, the conspirators, together with others known and unknown to the Grand Jury, committed and willfully caused others to commit the following overt acts, among others, in the Central District of California and elsewhere:

-4-

OVERT ACT NO. 1: On or about August 26, 2008, defendant NGUYEN gave a presentation within the Central District of California, during which she told potential investors that the money they would invest in Sun Group was guaranteed and secured and that the returns were earned by engaging in complex trading of financial instruments. As defendant NGUYEN well knew, investments in Sun Group were not guaranteed and secured and returns were to be paid by other investors' investments or the investors' own funds.

OVERT ACT NO. 2: In or about August 2008, the conspirators caused an investor in the Infinity PIC to wire transfer $50,000 from a bank in the Central District of California to the Empire Club bank account at the Community Bank of Nevada, located in Las Vegas, Nevada to invest in a CD offered by SISL.

OVERT ACT NO. 3: On or about September 2, 2008, the conspirators caused the leader of the Infinity PIC to wire transfer $1,546,000 from the Empire Club bank account at Community Bank of Nevada, in Las Vegas, Nevada to the SCI, Wells Fargo bank account in San Jose, California to purchase a CD issued by SISL, which guaranteed a return of 46.2% per year.

OVERT ACT NO. 4: On or about September 3, 2008, defendant NGUYEN presented a purported CD issued by SISL to the leader of the Infinity PIC in Anaheim, California.

OVERT ACT No. 5: In or around October 2008, defendant JOHNSON sent a rate sheet to investors showing the rates of return that SISL could offer its investors.

1    OVERT ACT No. 6: On or about October 15, 2008, the

2  conspirators caused the Sun Quest PIC leader to wire transfer

3  $1,007,000 from San Diego, California to the SCI, Wells Fargo

4  account in San Jose, California for a CD issued by SISL,

5  guaranteeing a return of 37.2% per year.

6

7                                   A TRUE BILL

8

9                                   _____/S/_____

10                                  Foreperson

11  ANDRÉ BIROTTE JR.
    United States Attorney

12

13

14  ROBERT E. DUGDALE
    Assistant United States Attorney
15  Chief, Criminal Division

16  DENNISE D. WILLETT
    Assistant United States Attorney
17  Chief, Santa Ana Branch Office

18  DOUGLAS F. McCORMICK
    Assistant United States Attorney
19  Deputy Chief, Santa Ana Branch Office

20  H. H. (SHASHI) KEWALRAMANI
    Assistant United States Attorney
21

22

23

24

25

26

27

28                              - 6 -